United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERESHTE FAUSTINI, | NO. C 04-04548 JW |
| Plaintiff(s),<br>v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| MICROSOFT CORPORATION, et al., | |
| Defendant(s). | |

On June 27, 2005, the parties appeared for a Case Management Conference. Robert M. Lubin appeared on behalf of Plaintiff Fereshte Faustini. Melissa E. Lamfalusi appeared on behalf of Defendant Microsoft Corporation. The parties agreed to submit the case to private mediation. The parties shall notify the Court of their selection of a mediator no later than Friday, August 26, 2005. A further Case Management Conference will be held on October 17, 2005 at 10:00 a.m. The parties shall meet and confer, and file a Joint Case Management Statement consistent with Civil L.R. 16-9(a) no later than October 7, 2005.

Dated: June 28, 2005                                              /s/ James Ware
                                                                                  JAMES WARE
                                                                                  United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Donna M. Mezias dmezias@jonesday.com
   Melissa Ellen Lamfalusi MelissaL@prestongates.com
3  Robert M. Lubin r1817@aol.com

6  **Dated: June 28, 2005**                                **Richard W. Wieking, Clerk**

8                                                          **By:/jwchambers/**
                                                               **Ronald L. Davis**
                                                               **Courtroom Deputy**