**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fereshte Faustini, | NO. C 04-04548 JW |
|       Plaintiff, | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Microsoft Corporation, et al., | |
|       Defendants. | |

    In light of Defendants' response to the Court's Order to Show Cause Re: Settlement, the Court vacates the hearing presently scheduled on May 15, 2006 at 9 a.m. **However, the parties shall appear for a case management conference at on the same day at 10 a.m.** to discuss the status of the parties' efforts toward settlement.

Dated:  May 10, 2006

                                                  JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kathleen O. Peterson kathleen@prestongates.com
Melissa Ellen Lamfalusi MelissaL@prestongates.com
Robert M. Lubin r1817@aol.com

| | |
|---|---|
| **Dated:  May 10, 2006** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers**<br>       **Melissa Peralta**<br>       **Courtroom Deputy** |

**United States District Court**
For the Northern District of California