IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fereshte Faustini, | NO. C 04-04548 JW |
|     Plaintiff,<br>v. | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| Microsoft Corporation, | |
|     Defendant. | |

On May 15, 2006, the Court conducted a case management conference. The parties informed the Court that they near settlement but are unable to resolve a few issues. The parties jointly requested that the Court assist the parties' efforts to resolve those issues. Accordingly, the Court sets a further settlement conference. All parties with full settlement authority shall appear in the Courtroom of Judge James Ware, Courtroom 8, Fourth Floor, 280 South First Street, San Jose, California on **Thursday, June 8, 2006 at 9:30 a.m.** Plaintiff's counsel is directed to bring Plaintiff to the settlement conference.

Dated: May 22, 2006

                                               JAMES WARE
                                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kathleen O. Peterson kathleen@prestongates.com
Melissa Ellen Lamfalusi MelissaL@prestongates.com
Robert M. Lubin r1817@aol.com

**Dated: May 22, 2006**                              **Richard W. Wieking, Clerk**

                                                     **By:   /s/ JW Chambers**
                                                         **Melissa Peralta**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California