**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fereshte Faustini, | NO. C 04-04548 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Microsoft Corporation, | |
|     Defendant. | |

The Court continues the case management conference presently scheduled for January 8, 2007 to **February 26, 2007 at 10 AM** to accommodate the parties' efforts in resolving the case.

Dated:  January 3, 2007

                                                JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kathleen O. Peterson kathleen@prestongates.com
Melissa Ellen Lamfalusi MelissaL@prestongates.com
Robert M. Lubin r1817@aol.com

| | |
|---|---|
| **Dated: January 3, 2007** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |