1  Kathleen O. Peterson (SBN 124791)
   Kirkpatrick & Lockhart Preston Gates Ellis LLP
2  1900 Main Street, Suite 600
   Irvine, CA 92614
3  Phone: (949) 253-0900
   Fax :   (949) 253-0902
4
   Attorneys for Defendant
5  MICROSOFT CORPORATION

6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN JOSE DIVISION)

| FERESHTE FAUSTINI, | Case No. C 04-04548 JW |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| vs. | |
| MICROSOFT CORPORATION, | *[Fed. R. Civ. P. 41(a)]* |
| Defendant. | |

WHEREAS Plaintiff Fereshte Faustini ("Plaintiff") and Defendant Microsoft Corporation ("Microsoft") have settled the above-captioned matter;

**IT IS HEREBY STIPULATED** by and between Plaintiff, through her attorneys, and Defendant, through its attorneys, that the Complaint filed by Plaintiff against Microsoft Corporation shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Settlement Agreement between Plaintiff and Microsoft.

**IT IS SO STIPULATED.**

LAW OFFICES OF ROBERT M. LUBIN

Dated: 11/29/06                    By: _____
                                   Robert M. Lubin
                                   Counsel for Plaintiff Fereshte Faustini

KIRKPATRICK & LOCKHART
PRESTON GATES & ELLIS LLP

Dated: 1/3/07                      By: _____
                                   Kathleen O. Peterson
                                   Counsel for Defendant Microsoft Corporation

## ORDER

Good Cause appearing therefore, **IT IS ORDERED THAT**:

The complaint filed by Plaintiff against Microsoft Corporation is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Settlement Agreement between Plaintiff and Microsoft.

Dated: _____    _____
                                   Honorable James Ware
                                   UNITED STATES DISTRICT COURT JUDGE

K:\00103\02657\KOP\KOP_L21U2