```
Kathleen O. Peterson (SBN 124791)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1900 Main Street, Suite 600
Irvine, CA 92614
Phone: (949) 253-0900
Fax :   (949) 253-0902
```

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FERESHTE FAUSTINI,<br><br>             Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>             Defendant. | Case No. C 04-04548 JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>*[Fed. R. Civ. P. 41(a)]* |

   WHEREAS Plaintiff Fereshte Faustini ("Plaintiff") and Defendant Microsoft Corporation ("Microsoft") have settled the above-captioned matter;

   **IT IS HEREBY STIPULATED** by and between Plaintiff, through her attorneys, and Defendant, through its attorneys, that the Complaint filed by Plaintiff against Microsoft Corporation shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

   This Court shall retain jurisdiction to enforce the Settlement Agreement between Plaintiff and Microsoft.

**IT IS SO STIPULATED.**

LAW OFFICES OF ROBERT M. LUBIN

Dated: 11/29/06

By: _[signature]_
Robert M. Lubin
Counsel for Plaintiff Fereshte Faustini

KIRKPATRICK & LOCKHART
PRESTON GATES & ELLIS LLP

Dated: 1/3/07

By: _[signature]_
Kathleen O. Peterson
Counsel for Defendant Microsoft Corporation

## ORDER

Good Cause appearing therefore, **IT IS ORDERED THAT**:

The complaint filed by Plaintiff against Microsoft Corporation is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Settlement Agreement between Plaintiff and Microsoft.

Dated: January 08 2007

_[signature]_
Honorable James Ware
UNITED STATES DISTRICT COURT JUDGE

K:\00103\02657\KOP\KOP_L21U2